# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: National Council on Alcoholism | § | Case No. 18-10548-BAH |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Michael S. Askenaizer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $37,073.78 <br> *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $531,723.02 | Claims Discharged <br> Without Payment: $1,135,383.46 |
| Total Expenses of Administration: $552,369.22 | |

3) Total gross receipts of $ 1,084,092.24 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,084,092.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $292,824.34 | $939,595.74 | $220,863.40 | $220,863.40 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 552,278.19 | 552,369.22 | 552,369.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 214,625.15 | 550,234.81 | 190,830.39 | 190,830.39 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 251,346.91 | 2,928,764.69 | 1,161,059.32 | 120,029.23 |
| **TOTAL DISBURSEMENTS** | $758,796.40 | $4,970,873.43 | $2,125,122.33 | $1,084,092.24 |

4)  This case was originally filed under Chapter 7 on April 25, 2018. The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/01/2020          By:  /s/Michael S. Askenaizer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial Real Property located at 99 Mancheste | 1110-000 | 459,119.93 |
| 2003 Chevy Express Van. Valuation Method: Compar | 1129-000 | 5,750.00 |
| Checking Account at Eastern Bank Checking Accoun | 1129-000 | 5,284.37 |
| A/R 90 days old or less. Face amount = $90,288.0 | 1121-000 | 107,480.09 |
| Electronics: computer and other equipment. | 1129-000 | 3,700.00 |
| Donations | 1290-000 | 1,805.00 |
| Other Receipts - Various | 1290-000 | 952.85 |
| Adversary Proceedings | 1249-000 | 500,000.00 |
| **TOTAL GROSS RECEIPTS** | | $1,084,092.24 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Interenal Revenue Service | 4110-000 | N/A | 30,985.59 | 0.00 | 0.00 |
| 2S-2 | Interenal Revenue Service | 4110-000 | N/A | 30,985.59 | 0.00 | 0.00 |
| 2S-3 | Interenal Revenue Service | 4110-000 | 13,319.34 | 30,985.59 | 30,985.59 | 30,985.59 |
| 10 | Eastern Bank c/o Benjamin Makowski | 4110-000 | 99,505.00 | 106,883.35 | 0.00 | 0.00 |
| 12S | State of NH, Department of Employment Security | 4110-000 | N/A | 9,877.81 | 0.00 | 0.00 |

| | | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12S-2 | State of NH, Department of Employment Security | 4110-000 | N/A | 9,877.81 | 9,877.81 | 9,877.81 |
| 15 | State of New Hampshire | 4110-000 | N/A | 180,000.00 | 0.00 | 0.00 |
| 15 -2 | State of New Hampshire | 4110-000 | N/A | 180,000.00 | 0.00 | 0.00 |
| 15 -3 | State of New Hampshire | 4110-000 | N/A | 180,000.00 | 0.00 | 0.00 |
| 15 -4 | State of New Hampshire | 4110-000 | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 |
| **TOTAL SECURED CLAIMS** | | | $292,824.34 | $939,595.74 | $220,863.40 | $220,863.40 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - 351 Chestnut Street LLC | 2410-000 | N/A | 18,013.95 | 9,006.98 | 9,006.98 |
| Other - Duane A. D'Agnese & Company, P.A. | 3410-000 | N/A | 19,800.00 | 19,800.00 | 19,800.00 |
| Other - Ford, McDonald, McPartlin & Borden, P.A. | 3220-000 | N/A | 2,366.16 | 2,366.16 | 2,366.16 |
| Other - Ford, McDonald, McPartlin & Borden, P.A. | 3210-000 | N/A | 200,038.00 | 200,038.00 | 200,038.00 |
| Other - Ciji Rough | 2990-000 | N/A | 0.00 | 4,737.50 | 4,737.50 |
| Other - Synchrony Advisors,LLC | 3991-000 | N/A | 11,137.50 | 11,137.50 | 11,137.50 |
| Other - BCM Advisory Group | 3732-430 | N/A | 1,199.95 | 1,199.95 | 1,199.95 |
| Other - BCM Advisory Group | 3731-420 | N/A | 93,932.50 | 93,932.50 | 93,932.50 |
| Other - Trustee Insurance Agency-Seneca | 2420-000 | N/A | 0.00 | 4,360.50 | 4,360.50 |
| Other - Mulvey, Cornell & Mulvey | 3721-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| Trustee Expenses - Michael S. Askenaizer | 2200-000 | N/A | 1,376.71 | 1,376.71 | 1,376.71 |
| Trustee Compensation - Michael S. Askenaizer | 2100-000 | N/A | 55,772.77 | 55,772.77 | 55,772.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.17 | 17.17 | 17.17 |
| Other - Law Offices of Michael S. Askenaizer, PLLC | 2300-000 | N/A | 17.25 | 17.25 | 17.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.48 | 26.48 | 26.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.88 | 32.88 | 32.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.27 | 17.27 | 17.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.34 | 20.34 | 20.34 |
| Other - Atlas-Heritage Title, LLC | 3510-000 | N/A | 26,394.00 | 26,394.00 | 26,394.00 |
| Other - Atlas-Heritage Title, LLC | 2820-000 | N/A | 3,299.50 | 3,299.50 | 3,299.50 |
| Other - Atlas-Heritage Title, LLC | 2500-000 | N/A | 24.50 | 24.50 | 24.50 |
| Other - Atlas-Heritage Title, LLC | 2500-000 | N/A | 30.00 | 30.00 | 30.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Other - Atlas-Heritage Title, LLC | 2500-000 | N/A | 112,200.28 | 112,200.28 | 112,200.28 |
| Other - Atlas-Heritage Title, LLC | 2500-000 | N/A | 1,619.97 | 1,619.97 | 1,619.97 |
| Other - James R. St. Jean | 2990-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - Law Offices of Michael S. Askenaizer, PLLC | 2300-000 | N/A | 90.26 | 90.26 | 90.26 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 248.56 | 248.56 | 248.56 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 712.31 | 712.31 | 712.31 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 642.79 | 642.79 | 642.79 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 701.46 | 701.46 | 701.46 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 647.50 | 647.50 | 647.50 |
| Other - Law Offices of Michael S. Askenaizer, PLLC | 2300-000 | N/A | 56.43 | 56.43 | 56.43 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 481.70 | 481.70 | 481.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $552,278.19 | $552,369.22 | $552,369.22 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Interenal Revenue Service | 5800-000 | N/A | 168,574.03 | 0.00 | 0.00 |
| 2P-2 | Interenal Revenue Service | 5800-000 | N/A | 168,574.03 | 0.00 | 0.00 |
| 2P-3 | Interenal Revenue Service | 5800-000 | 205,000.00 | 168,574.03 | 168,574.03 | 168,574.03 |
| 12P | State of NH, Department of Employment Security | 5800-000 | N/A | 22,256.36 | 0.00 | 0.00 |
| 12P-2 | State of NH, Department of Employment Security | 5800-000 | 9,625.15 | 22,256.36 | 22,256.36 | 22,256.36 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $214,625.15 | $550,234.81 | $190,830.39 | $190,830.39 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Avertest, LLC | 7100-000 | N/A | 49,291.60 | 0.00 | 0.00 |
| 1 -2 | Avertest, LLC | 7100-000 | 60,376.65 | 49,291.60 | 49,291.60 | 5,405.90 |
| 2U | Interenal Revenue Service | 7100-000 | N/A | 43,450.28 | 0.00 | 0.00 |
| 2U-2 | Interenal Revenue Service | 7100-000 | N/A | 43,450.28 | 0.00 | 0.00 |
| 2U-3 | Interenal Revenue Service | 7300-000 | N/A | 43,450.28 | 43,450.28 | 0.00 |
| 3 | Wells Fargo Financial Leasing, Inc. | 7100-000 | 629.44 | 3,511.32 | 3,511.32 | 385.09 |
| 4 | WB Mason Co., Inc. | 7100-000 | 5,249.44 | 4,978.78 | 4,978.78 | 546.03 |
| 5 | De Lage Landen F.S, | 7100-000 | 1,571.01 | 2,522.48 | 2,522.48 | 276.64 |
| 6 | John B. FitzGerald III | 7100-000 | N/A | 196,418.44 | 0.00 | 0.00 |
| 6 -2 | John B. FitzGerald III | 7100-000 | N/A | 196,418.44 | 0.00 | 0.00 |
| 7 | 351 Chestnut Street LLC | 7100-000 | N/A | 12,649.13 | 12,649.13 | 1,387.25 |
| 8 | 351 Chestnut Street LLC | 7100-000 | N/A | 361,485.60 | 142,149.00 | 15,589.71 |
| 11 | Devine Systems, Inc. | 7200-000 | 22,319.65 | 22,319.65 | 22,319.65 | 0.00 |
| 13 | Alan Villeneuve | 7200-000 | 66,000.00 | 66,000.00 | 0.00 | 0.00 |
| 14 | Paradigm Plumbing, Heating | 7200-000 | 847.35 | 847.35 | 847.35 | 0.00 |
| 16 | State of New Hampshire | 7200-000 | N/A | 37,000.00 | 0.00 | 0.00 |
| 16 -2 | State of New Hampshire | 7200-000 | N/A | 37,000.00 | 0.00 | 0.00 |
| 17 | State of New Hampshire | 7200-000 | N/A | 401,994.43 | 0.00 | 0.00 |
| 17 -2 | State of New Hampshire | 7100-000 | N/A | 401,994.43 | 401,994.43 | 44,087.38 |
| 18 | State of New Hampshire | 7200-000 | N/A | 477,345.30 | 0.00 | 0.00 |
| 18 -2 | State of New Hampshire | 7100-000 | N/A | 477,345.30 | 477,345.30 | 52,351.23 |
| NOTFILED | National Council on Alcoholism | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Manchester Water Works | 7100-000 | 2,841.64 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Plumbng, Heating, Cooling | 7100-000 | 710.50 | N/A | N/A | 0.00 |
| NOTFILED | Eversource | 7100-000 | 2,220.63 | N/A | N/A | 0.00 |
| NOTFILED | FP Mailing Solutions | 7100-000 | 166.55 | N/A | N/A | 0.00 |
| NOTFILED | Dependable Hood & Duct Cleaning. LLC | 7100-000 | 490.25 | N/A | N/A | 0.00 |
| NOTFILED | General Linen Service | 7100-000 | 377.97 | N/A | N/A | 0.00 |
| NOTFILED | Correctional Counseling, Inc. | 7100-000 | 753.22 | N/A | N/A | 0.00 |
| NOTFILED | Harris Trophy | 7100-000 | 377.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Greater Manchester Chamber of Commerce | 7100-000 | 433.12 | N/A | N/A | 0.00 |
| NOTFILED | Inet Ops Online | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Kamco Lock Solutions | 7100-000 | 1,524.70 | N/A | N/A | 0.00 |
| NOTFILED | HR Synergy | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | LEAF | 7100-000 | 453.30 | N/A | N/A | 0.00 |
| NOTFILED | Helping Hands Outreach Ministries | 7100-000 | 2,919.00 | N/A | N/A | 0.00 |
| NOTFILED | Prevention Research Institute, Inc | 7100-000 | 1,125.00 | N/A | N/A | 0.00 |
| NOTFILED | The Change Companies | 7100-000 | 393.31 | N/A | N/A | 0.00 |
| NOTFILED | Staples Credit Plan | 7100-000 | 1,074.73 | N/A | N/A | 0.00 |
| NOTFILED | Terminix Processing Center | 7100-000 | 1,506.00 | N/A | N/A | 0.00 |
| NOTFILED | The Sassi Institute | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Thrive, LLC | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Third Valve Creative | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | WZID-FM | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | United Business Machines | 7100-000 | 986.97 | N/A | N/A | 0.00 |
| NOTFILED | Votacall, Inc. | 7100-000 | 1,152.80 | N/A | N/A | 0.00 |
| NOTFILED | Spectrum Marketing Companies | 7100-000 | 1,608.44 | N/A | N/A | 0.00 |
| NOTFILED | Seacoast Business Machines, Inc. | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| NOTFILED | Northeast Record Retention, LLC | 7100-000 | 31.50 | N/A | N/A | 0.00 |
| NOTFILED | New Hampshire Food Bank | 7100-000 | 501.22 | N/A | N/A | 0.00 |
| NOTFILED | NH Restaurant Equipment Sales | 7100-000 | 671.00 | N/A | N/A | 0.00 |
| NOTFILED | Occupational Health Centers | 7100-000 | 3,358.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Business | 7100-000 | 2,481.83 | N/A | N/A | 0.00 |
| NOTFILED | Premier Biotech, Inc | 7100-000 | 3,757.59 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 7,556.53 | N/A | N/A | 0.00 |
| NOTFILED | Ray's Refrigeration Services, LLC | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Ready Refresh | 7100-000 | 148.83 | N/A | N/A | 0.00 |
| NOTFILED | New England Document Systems | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| NOTFILED | Al Terry Plumbing & Heating | 7100-000 | 339.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 1,630.79 | N/A | N/A | 0.00 |
| NOTFILED | ABSCO/Trottier Heart-Oil | 7100-000 | 1,484.94 | N/A | N/A | 0.00 |
| NOTFILED | Aflac | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CGI Business Solutions | 7100-000 | 17,001.16 | N/A | N/A | 0.00 |
| NOTFILED | Central Paper Products | 7100-000 | 700.48 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Manchester | 7100-000 | 470.25 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Fire Protection | 7100-000 | 3,814.75 | N/A | N/A | 0.00 |
| NOTFILED | Cartridge World | 7100-000 | 469.96 | N/A | N/A | 0.00 |
| NOTFILED | City of Manchester Attn: Todd Fleming | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BK Systems | 7100-000 | 4,634.00 | N/A | N/A | 0.00 |
| NOTFILED | Bourdons Institutional Sales, Inc. | 7100-000 | 2,370.10 | N/A | N/A | 0.00 |
| NOTFILED | Anthem Life | 7100-000 | 1,836.67 | N/A | N/A | 0.00 |
| NOTFILED | Alcohol Monitoring Systems, Inc | 7100-000 | 691.60 | N/A | N/A | 0.00 |
| NOTFILED | Baker Commodities | 7100-000 | 975.00 | N/A | N/A | 0.00 |
| NOTFILED | Avaya Financial Services | 7100-000 | 2,868.54 | N/A | N/A | 0.00 |
| NOTFILED | Behavior Data Systems, Ltd. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $251,346.91 | $2,928,764.69 | $1,161,059.32 | $120,029.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 18-10548-BAH | **Trustee:** (490100) Michael S. Askenaizer | |
| **Case Name:** National Council on Alcoholism | **Filed (f) or Converted (c):** 04/25/18 (f) | |
| | **§341(a) Meeting Date:** 05/22/18 | |
| **Period Ending:** 12/01/20 | **Claims Bar Date:** 07/05/18 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Commercial Real Property located at 99 Manchester<br>Imported from original petition Doc# 1<br>Court approved sale of property on 10/24/18 (Doc. No. 110) | 475,000.00 | 172,550.51 | | 459,119.93 | FA |
| 2 | 2003 Chevy Express Van. Valuation Method: Compar<br>Imported from original petition Doc# 1<br>James R. St. Jean Auctioneers (employed 10/26/18 - Doc. No. 114) to auction vehicle. | 6,000.00 | 6,000.00 | | 5,750.00 | FA |
| 3 | Checking Account at Eastern Bank Checking Accoun<br>Imported from original petition Doc# 1 | 11,498.00 | 5,284.37 | | 5,284.37 | FA |
| 4 | Account at Easter Bank Payroll Account<br>Imported from original petition Doc# 1 | 1,483.50 | 0.00 | | 0.00 | FA |
| 5 | Account at Eastern Bank Credit Card Processing A<br>Imported from original petition Doc# 1 | 640.28 | 0.00 | | 0.00 | FA |
| 6 | A/R 90 days old or less. Face amount = $90,288.0<br>Imported from original petition Doc# 1 | 90,288.00 | 90,288.00 | | 107,480.09 | FA |
| 7 | Furniture, fixtures and equipment.<br>Imported from original petition Doc# 1 | 34,950.00 | 0.00 | OA | 0.00 | FA |
| 8 | Electronics: computer and other equipment.<br>Imported from original petition Doc# 1 | 24,258.00 | 0.00 | | 3,700.00 | FA |
| 9 | 70 boxes of patient records in possession of Dep<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | Donations  (u)<br>Funds being held in a separate bank account until determination is made as to whether "donations" are property of the bankruptcy estate.  Bank service fees are presently exempt. | Unknown | 1,793.00 | | 1,805.00 | FA |
| 11 | Other Receipts - Various (u) | 908.00 | 908.00 | | 952.85 | FA |
| 12 | Adversary Proceedings (u)<br>AP No. 19-01036-BAH:  Trustee v. Bergeron et al (settled.  4/8/20 hearing)<br>AP No. 19-01043-BAH:  Trustee v. Mount Vernon Fire Insurance Co. (settled for $500,000.00.  4/8/20 hearing) | 0.00 | 500,000.00 | | 500,000.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 18-10548-BAH | **Trustee:** (490100) | Michael S. Askenaizer |
| **Case Name:** National Council on Alcoholism | **Filed (f) or Converted (c):** | 04/25/18 (f) |
| | **§341(a) Meeting Date:** | 05/22/18 |
| **Period Ending:** 12/01/20 | **Claims Bar Date:** | 07/05/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **12** | **Assets**    **Totals** (Excluding unknown values) | $645,025.78 | $776,823.88 | | $1,084,092.24 | $0.00 |

**Major Activities Affecting Case Closing:**

    Prepare TDR once final disbursed funds clear.

**Initial Projected Date Of Final Report (TFR):**    March 1, 2020      **Current Projected Date Of Final Report (TFR):**    September 10, 2020  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 18-10548-BAH |
| **Case Name:** | National Council on Alcoholism |
| **Taxpayer ID #:** | **-***7186 |
| **Period Ending:** | 12/01/20 |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******5866 - Checking Account-General |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/18 | {3} | Eastern Bank | Balance of bank account proceeds | 1129-000 | 5,284.37 | | 5,284.37 |
| 05/10/18 | {1} | Families in Transition<br>122 Market Street<br>Manchester, NH 03101 | Rent | 1122-000 | 4,370.00 | | 9,654.37 |
| 05/10/18 | {6} | State of New Hampshire<br>129 Pleasant Street<br>Concord, NH 03301 | Medicaid reimbursement | 1121-000 | 26.59 | | 9,680.96 |
| 05/14/18 | 101 | Trustee Insurance Agency-Seneca<br>2813 West Main<br>Kalamazoo, MI 49006 | Ref # POLICY NO. RFP4700004; Invoice No.<br>1819 | 2420-000 | | 1,417.75 | 8,263.21 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,253.21 |
| 06/05/18 | {1} | Families in Transition<br>122 Market Street<br>Manchester, NH 03101 | Rent - 99-101 Manchester Street | 1122-000 | 4,370.00 | | 12,623.21 |
| 06/05/18 | {1} | Families in Transition<br>122 Market Street<br>Manchester, NH 03101 | Additional rent - insurance reimbursement | 1110-000 | 799.43 | | 13,422.64 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.17 | 13,405.47 |
| 07/09/18 | {1} | Families in Transition<br>122 Market Place<br>Manchester, NH 03101 | July Rent Lins | 1122-000 | 4,370.00 | | 17,775.47 |
| 07/09/18 | {1} | Families in Transition<br>122 Market Street<br>Manchester, NH 03101 | Additional rent - insurance | 1122-000 | 470.25 | | 18,245.72 |
| 07/10/18 | {11} | Markel Service, Inc.<br>PO Box 2009<br>Glen Allen, VA 23058-2009 | Insurance adjustment | 1290-000 | 908.00 | | 19,153.72 |
| 07/26/18 | 102 | Trustee Insurance Agency-Seneca<br>2813 West Main<br>Kalamazoo, MI 49006 | Ref # POLICY NO. RFP4700004; Invoice No.<br>1874 | 2420-000 | | 1,417.75 | 17,735.97 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.48 | 17,709.49 |
| 08/02/18 | {1} | Families in Transition<br>122 Market Street<br>Manchester, NH 03101 | Rent - 99 Manchester Street | 1122-000 | 4,840.25 | | 22,549.74 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.88 | 22,516.86 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.27 | 22,499.59 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.34 | 22,479.25 |
| 11/05/18 | | Atlas-Heritage Title, LLC<br>903 Central Avenue | Sale of 99 Manchester Street - Gross proceeds<br>$439,900. | | 296,331.75 | | 318,811.00 |

| | | | | Subtotals : | $321,770.64 | $2,959.64 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 18-10548-BAH | |
| **Case Name:** | National Council on Alcoholism | |
| **Taxpayer ID #:** | **-***7186 | |
| **Period Ending:** | 12/01/20 | |

| | | |
|---|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) | |
| **Bank Name:** | Mechanics Bank | |
| **Account:** | ******5866 - Checking Account-General | |
| **Blanket Bond:** | $50,000,000.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Dover, NH 03820 | | | | | |
| | {1} | 99 Manchester St., LLC<br>25 Mosswood Dircle<br>Amherst, NH 03031 | Property location: 99                439,900.00<br>Manchester St.,<br>Manchester, NH | 1110-000 | | | 318,811.00 |
| | | | Line 703: Commisison          -26,394.00<br>paid at settlement | 3510-000 | | | 318,811.00 |
| | | | Line 1203: State tax /          -3,299.50<br>stamps | 2820-000 | | | 318,811.00 |
| | | | Line 1204:  Record              -24.50<br>Bankruptcy Order to<br>Hillsborough County<br>Registry of Deeds | 2500-000 | | | 318,811.00 |
| | | | Line 1301: Payoff              -30.00<br>wire/overnight fee to<br>Atlas-Heritage Title, LLC | 2500-000 | | | 318,811.00 |
| | | | Line 504:  Eastern Bank     -112,200.28 | 2500-000 | | | 318,811.00 |
| | | | Line 505: Manchester          -1,619.97<br>Water Works - Final<br>Water/Sewer | 2500-000 | | | 318,811.00 |
| 11/05/18 | 103 | Trustee Insurance Agency-Seneca<br>2813 West Main<br>Kalamazoo, MI 49006 | Ref # POLICY NO. RMP4700115 - Invoice No.<br>1953 dated 11/1/2018 | 2420-000 | | 1,525.00 | 317,286.00 |
| 11/28/18 | {11} | Atlas-Heritage Title, LLC<br>903 Central Avenue<br>Dover, NH 03820 | Reimbursement - overpayment of interest at<br>closing of 99 Manchester St., Manchester, NH | 1290-000 | 44.85 | | 317,330.85 |
| 12/17/18 | 104 | Duane A. D'Agnese & Company,<br>P.A.<br>132 Portsmouth Street<br>Concord, NH 03301 | Court approved 1st interim fee app -<br>12/14/2018 (Doc. No. 128) | 3410-000 | | 10,400.00 | 306,930.85 |
| 12/17/18 | 105 | Ford & McPartlin,  P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801 | 1st interim fee app Court approved on<br>12/14/2018 (Doc. No. 130) | 3210-000 | | 33,000.00 | 273,930.85 |
| 12/17/18 | 106 | Ford & McPartlin,  P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801 | 1st interim fee app Court approved on<br>12/14/2018 (Doc. No. 130) | 3220-000 | | 928.91 | 273,001.94 |
| 12/17/18 | 107 | BCM Advisory Group<br>Attn:  Jason Mills, CFE<br>22 Monument Square, Suite 401<br>Portland, ME 04101 | 1st interim fee app - Court approved on<br>12/14/18 (Doc. No. 129). | 3731-420 | | 10,682.50 | 262,319.44 |
| | | | Subtotals : | | $44.85 | $56,536.41 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 18-10548-BAH | |
| **Case Name:** | National Council on Alcoholism | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******5866 - Checking Account-General |

| | |
|---|---|
| **Taxpayer ID #:** | **-***7186 |
| **Period Ending:** | 12/01/20 |

| | |
|---|---|
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/18 | 108 | Ciji Rough<br>7 Whittemore Road<br>Londonderry, NH | November 13 - 30, 2018 invoice | 2990-000 | | 556.25 | 261,763.19 |
| 01/02/19 | 109 | Michael S. Askenaizer<br>29 Factory Street<br>Nashua, NH 03060 | 1st interim application for commission and<br>costs approved 12/14/2018 | 2100-000 | | 10,000.00 | 251,763.19 |
| 01/02/19 | 110 | Michael S. Askenaizer<br>29 Factory Street<br>Nashua, NH 03060 | 1st interim application for commission and<br>costs approved 12/14/2018 | 2200-000 | | 311.94 | 251,451.25 |
| 01/09/19 | 111 | Ciji Rough<br>7 Whittemore Road<br>Londonderry, NH | December 6-31, 2018 Invoice | 2990-000 | | 2,106.25 | 249,345.00 |
| 02/04/19 | | James R. St. Jean<br>45 Exeter Rd<br>Epping, NH 03042 | Net auction proceeds - 2003 Chevrolet<br>Express | | 5,550.00 | | 254,895.00 |
| | {2} | James R. St. Jean Auctioneers<br>45 Exeter Road<br>Epping, NH 03042 | Auction proceeds of          5,750.00<br>2003 Chevy Express<br>Van | 1129-000 | | | 254,895.00 |
| | | | Towing Fee          -200.00 | 2990-000 | | | 254,895.00 |
| 03/11/19 | 112 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Full satisfaction of claim no. 9 per Court order<br>dated March 8, 2019 (Doc. No. 142) | 2410-000 | | 9,006.98 | 245,888.02 |
| 04/09/19 | 113 | Ciji Rough<br>7 Whittemore Road<br>Londonderry, NH | Invoice - March 12 - 27, 2019 | 2990-000 | | 2,075.00 | 243,813.02 |
| 05/23/19 | {10} | Network for Good<br>1140 Connecticut Avene NW<br>Suite 700<br>Washington, DC 20036 | Donation | 1290-000 | 1.00 | | 243,814.02 |
| 07/24/19 | {8} | Families in Transistion<br>122 Market Street<br>Manchester, NH 03101 | Purchase of computers | 1129-000 | 3,700.00 | | 247,514.02 |
| 07/30/19 | 114 | Ford, McDonald, McPartlin &<br>Borden, P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801 | Second Interim Fee Application (Doc. No. 148)<br>approved 7/30/19 (Doc. No. 158) | 3210-000 | | 20,000.00 | 227,514.02 |
| 07/30/19 | 115 | Ford, McDonald, McPartlin &<br>Borden, P.A.<br>10 Pleasant Street, Suite 400 | Second Interim Fee Application (Doc. No. 148)<br>approved 7/30/19 (Doc. No. 158) | 3220-000 | | 135.94 | 227,378.08 |

Exhibit 9

# **Form 2**

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 18-10548-BAH | | Trustee: | Michael S. Askenaizer (490100) |
| Case Name: | National Council on Alcoholism | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5866 - Checking Account-General |
| Taxpayer ID #: | **-***7186 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 12/01/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Portsmouth, NH 03801 | | | | | |
| 07/30/19 | 116 | BCM Advisory Group<br>22 Monument Square, Suite 401<br>Portland, ME 04101 | Second Interim Fee Application (Doc. No. 149)<br>approved 7/30/19 (Doc. No. 159) | 3731-420 | | 14,000.00 | 213,378.08 |
| 07/30/19 | 117 | BCM Advisory Group<br>Attn:  Jason Mills, CFE<br>22 Monument Square, Suite 401<br>Portland, ME 04101 | Second Interim Fee Application (Doc. No. 149)<br>approved 7/30/19 (Doc. No. 159) | 3732-430 | | 479.95 | 212,898.13 |
| 07/30/19 | 118 | Michael S. Askenaizer<br>29 Factory Street<br>Nashua, NH 03060 | Second Interim Compensation Application<br>(Doc. No. 153) approved 7/30/19 (Doc. No.<br>160) | 2100-000 | | 5,000.00 | 207,898.13 |
| 07/30/19 | 119 | Michael S. Askenaizer<br>29 Factory Street<br>Nashua, NH 03060 | Second Interim Compensation Application<br>(Doc. No. 153) approved 7/30/19 (Doc. No.<br>160) | 2200-000 | | 70.67 | 207,827.46 |
| 09/11/19 | | Transition Transfer Debit | | 9999-000 | | 207,827.46 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 331,066.49 | 331,066.49 | $0.00 |
| Less: Bank Transfers | 0.00 | 207,827.46 | |
| **Subtotal** | 331,066.49 | 123,239.03 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$331,066.49** | **$123,239.03** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 18-10548-BAH | |
| **Case Name:** National Council on Alcoholism | |
| **Taxpayer ID #:** **-***7186 | |
| **Period Ending:** 12/01/20 | |

| | |
|---|---|
| **Trustee:** Michael S. Askenaizer (490100) | |
| **Bank Name:** Mechanics Bank | |
| **Account:** ******5867 - Chk Acct - Donations | |
| **Blanket Bond:** $50,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/18 | {10} | Claire M. Nuenoom 155 Tibbetts Hill Rd Goffstown, NH 03045-3042 | Donation | 1290-000 | 50.00 | | 50.00 |
| 05/10/18 | {10} | John M. Pierog 19 Cutler Rd Litchfield, NH 03052 | Donation | 1290-000 | 50.00 | | 100.00 |
| 05/10/18 | {10} | Granite State Senior Games Inc. 414 Bend Dr Manchester, NH 03104-1854 | Donation | 1290-000 | 50.00 | | 150.00 |
| 05/10/18 | {10} | Patricia A. Spagnuolo Rev. Trust of 2005 41 Strawberry Hill Rd Bedford, NH 03110 | Donation | 1290-000 | 20.00 | | 170.00 |
| 05/10/18 | {10} | Network for Good 1140 Connecticut Avenue NW Suite 700 Washington, DC 20036 | Donation | 1290-000 | 55.00 | | 225.00 |
| 05/10/18 | {10} | Network for Good 1140 Connecticut Avenue NW Suite 700 Washington, DC 20036 | Donation | 1290-000 | 47.12 | | 272.12 |
| 05/10/18 | {10} | Network for Good 1140 Connecticut Avenue N@ Suite 700 Washington, DC 20036 | Donation | 1290-000 | 60.00 | | 332.12 |
| 05/10/18 | {10} | Granite United Way 22 Concord Street Floor 2 Manchester, NH 03101 | Unknown reference - possible donation | 1290-000 | 73.02 | | 405.14 |
| 05/10/18 | {10} | United Way of Massachusetts Bay and Merrimack Valley 51 Sleeper Street Boston, MA 02210-1121 | Unknown reference - possible donation | 1290-000 | 34.85 | | 439.99 |
| 05/10/18 | {10} | United Way of Massachusetts Bay and Merrimack Valley 51 Sleeper Street Boston, MA 02210-1121 | Unknown reference - possible donation | 1290-000 | 30.31 | | 470.30 |
| 05/10/18 | {10} | Valley of the Sun United Way 3200 E. Camelback Road Suite 375 | Unknown reference - may be donation | 1290-000 | 39.30 | | 509.60 |

Subtotals :   $509.60    $0.00

{} Asset reference(s)

Printed: 12/01/2020 10:58 AM    V.20.24

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 18-10548-BAH | | Trustee: | Michael S. Askenaizer (490100) |
|---|---|---|---|---|
| Case Name: | National Council on Alcoholism | | Bank Name: | Mechanics Bank |
| | | | Account: | ******5867 - Chk Acct - Donations |
| Taxpayer ID #: | **-***7186 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 12/01/20 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Phoenix, AZ 85018 | | | | | |
| 05/10/18 | {10} | Valley of the Sun United Way<br>3200 E. Camelback Rd<br>Suite 375<br>Phoenix, AZ 85018 | Unknown reference - possible donation | 1290-000 | 1,283.40 | | 1,793.00 |
| 07/31/18 | 201 | Law Offices of Michael S.<br>Askenaizer, PLLC<br>29 Factory Street<br>Nashua, NH 03060 | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 07/31/2018 FOR CASE<br>#18-10548, Trustee Bond Term: 8/1/2018 to<br>8/1/2019 | 2300-000 | | 17.25 | 1,775.75 |
| 02/26/19 | {10} | Network for Good<br>1140 Connecticut Avenue NW<br>Suite 700<br>Washington, DC 20036 | Donations | 1290-000 | 11.00 | | 1,786.75 |
| 08/08/19 | 202 | Law Offices of Michael S.<br>Askenaizer, PLLC<br>29 Factory Street<br>Nashua, NH 03060 | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 08/08/2019 FOR CASE<br>#18-10548, Blanket Bond ($12,000,000) Term<br>8/1/2019 to 8/1/2020 | 2300-000 | | 90.26 | 1,696.49 |
| 09/11/19 | | Transition Transfer Debit | | 9999-000 | | 1,696.49 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1,804.00 | 1,804.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,696.49 | |
| Subtotal | 1,804.00 | 107.51 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,804.00 | $107.51 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-10548-BAH |
| **Case Name:** | National Council on Alcoholism |
| **Taxpayer ID #:** | **-***7186 |
| **Period Ending:** | 12/01/20 |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******7396 - Checking Account-General |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/19 | | Transfer from 4083 to 7396 | Transfer from 4083 to 7396 | 9999-000 | 207,827.46 | | 207,827.46 |
| 01/30/20 | 10120 | Duane A. D'Agnese & Company, P.A.<br>132 Portsmouth Street<br>Concord, NH 03301 | Second Interim Application Court approved 1/30/2020 | 3410-000 | | 4,800.00 | 203,027.46 |
| 02/04/20 | {6} | State of New Hampshire<br>Office of State Treasurer<br>25 Capitol Street - Rm 121<br>Concord, NH 03301 | Voucher # 4538572; Inv. #114853SFY182;<br>BDAS SVS | 1121-000 | 31,207.60 | | 234,235.06 |
| 02/04/20 | {6} | State of New Hampshire<br>Office of the State Treasurer<br>25 Capitol Street - Rm 121<br>Concord, NH 03301 | Voucher # 4538571; Inv. # 114853SFY18 -<br>BDAS SVS | 1121-000 | 76,245.90 | | 310,480.96 |
| 02/18/20 | 10121 | Mulvey, Cornell & Mulvey<br>378 Islington Street<br>Portsmouth, NH 03801 | Invoice No. 5680 dated 2/14/2020 - Mediation Services | 3721-000 | | 1,150.00 | 309,330.96 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 248.56 | 309,082.40 |
| 04/08/20 | 10122 | Synchrony Advisors,LLC<br>Attn:  John A. Gilbert, President<br>PO  Box 4<br>Exeter, NH 03833 | Ref # INV. #307 - Court approved final payment 4/8/2020<br>Voided on 04/08/20 | 3991-000 | | 11,137.50 | 297,944.90 |
| 04/08/20 | 10122 | Synchrony Advisors,LLC<br>Attn:  John A. Gilbert, President<br>PO  Box 4<br>Exeter, NH 03833 | Ref # INV. #307 - Court approved final payment 4/8/2020<br>Voided: check issued on 04/08/20 | 3991-000 | | -11,137.50 | 309,082.40 |
| 04/08/20 | 10123 | BCM Advisory Group<br>Attn:  Jason Mills, CFE<br>22 Monument Square, Suite 401<br>Portland, ME 04101 | Court approved final payment 4/8/2020<br>Voided on 04/08/20 | 3732-430 | | 720.00 | 308,362.40 |
| 04/08/20 | 10123 | BCM Advisory Group<br>Attn:  Jason Mills, CFE<br>22 Monument Square, Suite 401<br>Portland, ME 04101 | Court approved final payment 4/8/2020<br>Voided: check issued on 04/08/20 | 3732-430 | | -720.00 | 309,082.40 |
| 04/08/20 | 10124 | BCM Advisory Group<br>22 Monument Square, Suite 401<br>Portland, ME 04101 | Court approved final payment 4/8/2020<br>Voided on 04/08/20 | 3731-420 | | 69,250.00 | 239,832.40 |
| 04/08/20 | 10124 | BCM Advisory Group<br>22 Monument Square, Suite 401<br>Portland, ME 04101 | Court approved final payment 4/8/2020<br>Voided: check issued on 04/08/20 | 3731-420 | | -69,250.00 | 309,082.40 |

Subtotals :  $315,280.96  $6,198.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| | | |
|---|---|---|
| **Case Number:** | 18-10548-BAH | |
| **Case Name:** | National Council on Alcoholism | |
| **Taxpayer ID #:** | **-***7186 | |
| **Period Ending:** | 12/01/20 | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******7396 - Checking Account-General |
| **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/20 | 10125 | Ford, McDonald, McPartlin & Borden, P.A. 10 Pleasant Street, Suite 400 Portsmouth, NH 03801 | Court approved 4/8/2020 (Doc. No. 195) Voided on 04/08/20 | 3220-000 | | 965.10 | 308,117.30 |
| 04/08/20 | 10125 | Ford, McDonald, McPartlin & Borden, P.A. 10 Pleasant Street, Suite 400 Portsmouth, NH 03801 | Court approved 4/8/2020 (Doc. No. 195) Voided: check issued on 04/08/20 | 3220-000 | | -965.10 | 309,082.40 |
| 04/08/20 | 10126 | Ford, McDonald, McPartlin & Borden, P.A. 10 Pleasant Street, Suite 400 Portsmouth, NH 03801 | Court approved 4/8/2020 (Doc. No. 195) Voided on 04/08/20 | 3210-000 | | 135,914.50 | 173,167.90 |
| 04/08/20 | 10126 | Ford, McDonald, McPartlin & Borden, P.A. 10 Pleasant Street, Suite 400 Portsmouth, NH 03801 | Court approved 4/8/2020 (Doc. No. 195) Voided: check issued on 04/08/20 | 3210-000 | | -135,914.50 | 309,082.40 |
| 04/20/20 | {12} | Mount Vernon Fire Insurance Company Wayne, PA 19087 | Settlement of suit vs Officers and directors (AP 19-1043 vs. Mount Vernon Fire Ins.) | 1249-000 | 500,000.00 | | 809,082.40 |
| 04/22/20 | 10127 | Synchrony Advisors,LLC Attn:  John A. Gilbert, President PO  Box 4 Exeter, NH 03833 | Ref # INV. #307 - Court approved final payment 4/8/2020 (Doc. No. 193) | 3991-000 | | 11,137.50 | 797,944.90 |
| 04/22/20 | 10128 | BCM Advisory Group Attn:  Jason Mills, CFE 22 Monument Square, Suite 401 Portland, ME 04101 | Court approved final payment 4/8/2020 (Doc. No. 194) | 3732-430 | | 720.00 | 797,224.90 |
| 04/22/20 | 10129 | BCM Advisory Group 22 Monument Square, Suite 401 Portland, ME 04101 | Court approved final payment 4/8/2020 (Doc. No. 194) | 3731-420 | | 69,250.00 | 727,974.90 |
| 04/22/20 | 10130 | Ford, McDonald, McPartlin & Borden, P.A. 10 Pleasant Street, Suite 400 Portsmouth, NH 03801 | Court approved 4/8/2020 (Doc. No. 195) | 3220-000 | | 965.10 | 727,009.80 |
| 04/22/20 | 10131 | Ford, McDonald, McPartlin & Borden, P.A. 10 Pleasant Street, Suite 400 Portsmouth, NH 03801 | Court approved 4/8/2020 (Doc. No. 195) | 3210-000 | | 135,914.50 | 591,095.30 |
| 04/23/20 | 10132 | State of New Hampshire Office of Attorney General | Per Court Approved (Doc. No. 196) Settlement Agreement (Doc. No. 187) | 4110-000 | | 180,000.00 | 411,095.30 |

Subtotals :    $500,000.00    $397,987.10

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-10548-BAH |
| **Case Name:** | National Council on Alcoholism |
| **Taxpayer ID #:** | **-***7186 |
| **Period Ending:** | 12/01/20 |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******7396 - Checking Account-General |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 33 Capitol Street<br>Concord, NH 03301 | | | | | |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 712.31 | 410,382.99 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 642.79 | 409,740.20 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 701.46 | 409,038.74 |
| 07/20/20 | 10133 | Interenal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Dividend paid 100.00% on $30,985.59; Claim# 2S-3; Filed: $30,985.59; Reference: | 4110-000 | | 30,985.59 | 378,053.15 |
| 07/20/20 | 10134 | State of NH, Department of<br>Employment Security<br>45 South Fruit Street<br>Concord, NH 03301 | Dividend paid 100.00% on $9,877.81; Claim# 12S-2; Filed: $9,877.81; Reference: | 4110-000 | | 9,877.81 | 368,175.34 |
| 07/20/20 | 10135 | Interenal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Dividend paid 100.00% on $168,574.03; Claim# 2P-3; Filed: $168,574.03; Reference: | 5800-000 | | 168,574.03 | 199,601.31 |
| 07/20/20 | 10136 | State of NH, Department of<br>Employment Security<br>45 South Fruit Street<br>Concord, NH 03301 | Dividend paid 100.00% on $22,256.36; Claim# 12P-2; Filed: $22,256.36; Reference: | 5800-000 | | 22,256.36 | 177,344.95 |
| 07/20/20 | 10137 | Avertest, LLC<br>1700 Bayberry Cr, Suite 105<br>Richmond, VA 23226 | Dividend paid 5.32% on $49,291.60; Claim# 1-2; Filed: $49,291.60; Reference: | 7100-000 | | 2,626.01 | 174,718.94 |
| 07/20/20 | 10138 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut St. MAC F0005-055<br>Des Moines, IA 50309 | Dividend paid 5.32% on $3,511.32; Claim# 3; Filed: $3,511.32; Reference: | 7100-000 | | 187.07 | 174,531.87 |
| 07/20/20 | 10139 | WB Mason Co., Inc.<br>59 Centre St.<br>Brockton, MA 02301 | Dividend paid 5.32% on $4,978.78; Claim# 4; Filed: $4,978.78; Reference: | 7100-000 | | 265.24 | 174,266.63 |
| 07/20/20 | 10140 | De Lage Landen F.S,<br>c/o Russell Bender<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | Dividend paid 5.32% on $2,522.48; Claim# 5; Filed: $2,522.48; Reference: | 7100-000 | | 134.38 | 174,132.25 |
| 07/20/20 | 10141 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Dividend paid 5.32% on $12,649.13; Claim# 7; Filed: $12,649.13; Reference: | 7100-000 | | 673.88 | 173,458.37 |
| 07/20/20 | 10142 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Dividend paid 5.32% on $142,149.00; Claim# 8; Filed: $361,485.60; Reference: | 7100-000 | | 7,572.96 | 165,885.41 |
| 07/20/20 | 10143 | State of New Hampshire | Dividend paid 5.32% on $401,994.43; Claim# | 7100-000 | | 21,416.18 | 144,469.23 |

| | | | | Subtotals : | $0.00 | $266,626.07 | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 18-10548-BAH | |
| **Case Name:** | National Council on Alcoholism | |
| **Taxpayer ID #:** | **-***7186 | |
| **Period Ending:** | 12/01/20 | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******7396 - Checking Account-General |
| **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Office of Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | 17 -2; Filed: $401,994.43; Reference: | | | | |
| 07/20/20 | 10144 | State of New Hampshire<br>Office of Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | Dividend paid   5.32% on $477,345.30; Claim#<br>18 -2; Filed: $477,345.30; Reference: | 7100-000 | | 25,430.49 | 119,038.74 |
| 07/20/20 | 10145 | Michael S. Askenaizer | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST | | | 35,126.50 | 83,912.24 |
| | | | Dividend paid 100.00%        35,000.00<br>on $50,000.00;  Claim#<br>TRUS-FEE; Filed:<br>$55,772.77 | 2100-000 | | | 83,912.24 |
| | | | Dividend paid 100.00%        126.50<br>on $509.11;  Claim#<br>TRUS-EXP; Filed:<br>$1,123.71 | 2200-000 | | | 83,912.24 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 647.50 | 83,264.74 |
| 08/11/20 | | From Account #******7418 | In preparation for TFR filing after final fee apps<br>heard in September, 2020 | 9999-000 | 1,640.02 | | 84,904.76 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 481.70 | 84,423.06 |
| 09/08/20 | | From Account #******7418 | To close account and prepare for TFR | 9999-000 | 0.04 | | 84,423.10 |
| 09/08/20 | 10146 | Duane A. D'Agnese & Company,<br>P.A.<br>132 Portsmouth Street<br>Concord, NH 03301 | Court approved 3rd final fees (Doc. No. 245) | 3410-000 | | 4,600.00 | 79,823.10 |
| 09/08/20 | 10147 | Ford, McDonald, McPartlin &<br>Borden, P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801 | Court approved 4th and final fees (Doc. No.<br>246) | 3210-000 | | 11,123.50 | 68,699.60 |
| 09/08/20 | 10148 | Ford, McDonald, McPartlin &<br>Borden, P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801 | Court approved 4th and final costs (Doc. No.<br>246) | 3220-000 | | 336.21 | 68,363.39 |
| 10/19/20 | 10149 | Avertest, LLC<br>2916 W. Marshall Street<br>Suite A<br>Richmond, VA 23230 | Dividend paid  10.96% on $49,291.60; Claim#<br>1 -2; Filed: $49,291.60; Reference: | 7100-000 | | 2,779.89 | 65,583.50 |

Subtotals :  $1,640.06  $80,525.79

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

**Case Number:** 18-10548-BAH
**Case Name:** National Council on Alcoholism

**Taxpayer ID #:** **-***7186
**Period Ending:** 12/01/20

**Trustee:** Michael S. Askenaizer (490100)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******7396 - Checking Account-General
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/20 | 10150 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut St. MAC F0005-055<br>Des Moines, IA 50309 | Dividend paid  10.96% on $3,511.32; Claim# 3;<br>Filed: $3,511.32; Reference: | 7100-000 | | 198.02 | 65,385.48 |
| 10/19/20 | 10151 | WB Mason Co., Inc.<br>59 Centre St.<br>Brockton, MA 02301 | Dividend paid  10.96% on $4,978.78; Claim# 4;<br>Filed: $4,978.78; Reference: | 7100-000 | | 280.79 | 65,104.69 |
| 10/19/20 | 10152 | De Lage Landen F.S,<br>c/o Russell Bender<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | Dividend paid  10.96% on $2,522.48; Claim# 5;<br>Filed: $2,522.48; Reference: | 7100-000 | | 142.26 | 64,962.43 |
| 10/19/20 | 10153 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Dividend paid  10.96% on $12,649.13; Claim#<br>7; Filed: $12,649.13; Reference:<br>Stopped on 10/28/20 | 7100-000 | | 713.37 | 64,249.06 |
| 10/19/20 | 10154 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Dividend paid  10.96% on $142,149.00;<br>Claim# 8; Filed: $361,485.60; Reference:<br>Stopped on 10/28/20 | 7100-000 | | 8,016.75 | 56,232.31 |
| 10/19/20 | 10155 | State of New Hampshire<br>Office of Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | Dividend paid  10.96% on $401,994.43;<br>Claim# 17 -2; Filed: $401,994.43; Reference: | 7100-000 | | 22,671.20 | 33,561.11 |
| 10/19/20 | 10156 | State of New Hampshire<br>Office of Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | Dividend paid  10.96% on $477,345.30;<br>Claim# 18 -2; Filed: $477,345.30; Reference: | 7100-000 | | 26,920.74 | 6,640.37 |
| 10/19/20 | 10157 | Michael S. Askenaizer | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST | | | 6,640.37 | 0.00 |
| | | | Dividend paid 100.00%      5,772.77<br>on $55,772.77;  Claim#<br>TRUS-FEE; Filed:<br>$55,772.77 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      867.60<br>on $1,376.71;  Claim#<br>TRUS-EXP; Filed:<br>$1,376.71 | 2200-000 | | | 0.00 |
| 10/28/20 | 10153 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Dividend paid  10.96% on $12,649.13; Claim#<br>7; Filed: $12,649.13; Reference:<br>Stopped: check issued on 10/19/20 | 7100-000 | | -713.37 | 713.37 |
| 10/28/20 | 10154 | 351 Chestnut Street LLC<br>351 Chestnut Street | Dividend paid  10.96% on $142,149.00;<br>Claim# 8; Filed: $361,485.60; Reference: | 7100-000 | | -8,016.75 | 8,730.12 |
| | | | Subtotals : | | $0.00 | $56,853.38 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| Case Number: | 18-10548-BAH | | Trustee: | Michael S. Askenaizer (490100) |
|---|---|---|---|---|
| Case Name: | National Council on Alcoholism | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******7396 - Checking Account-General |
| Taxpayer ID #: | **-***7186 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 12/01/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Manchester, NH 03101 | Stopped: check issued on 10/19/20 | | | | |
| 10/28/20 | 10158 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Dividend paid  10.96% on $12,649.13; Claim# 7; Filed: $12,649.13; Reference: | 7100-000 | | 713.37 | 8,016.75 |
| 10/28/20 | 10159 | 351 Chestnut Street LLC<br>351 Chestnut Street<br>Manchester, NH 03101 | Dividend paid  10.96% on $142,149.00; Claim# 8; Filed: $361,485.60; Reference: | 7100-000 | | 8,016.75 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 816,921.02 | 816,921.02 | **$0.00** |
| Less: Bank Transfers | 209,467.52 | 0.00 | |
| **Subtotal** | 607,453.50 | 816,921.02 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$607,453.50** | **$816,921.02** | |

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 18-10548-BAH |
| Case Name: | National Council on Alcoholism |
| | |
| Taxpayer ID #: | **-***7186 |
| Period Ending: | 12/01/20 |

| | |
|---|---|
| Trustee: | Michael S. Askenaizer (490100) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ******7418 - Chk Acct - Donations |
| Blanket Bond: | $50,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/19 | | Transfer from 4083 to 7418 | Transfer from 4083 to 7418 | 9999-000 | 1,696.49 | | 1,696.49 |
| 08/05/20 | 10203 | Law Offices of Michael S. Askenaizer, PLLC 29 Factory Street Nashua, NH 03060 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/05/2020 FOR CASE #18-10548, Trustee Bond Term: 8/1/20 to 8/1/21; Bond # 016227841 | 2300-000 | | 56.43 | 1,640.06 |
| 08/11/20 | | To Account #******7396 | In preparation for TFR filing after final fee apps heard in September, 2020 | 9999-000 | | 1,640.02 | 0.04 |
| 09/08/20 | | To Account #******7396 | To close account and prepare for TFR | 9999-000 | | 0.04 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1,696.49 | 1,696.49 | $0.00 |
| Less: Bank Transfers | 1,696.49 | 1,640.06 | |
| Subtotal | 0.00 | 56.43 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $56.43 | |

| | |
|---|---|
| Net Receipts : | 940,323.99 |
| Plus Gross Adjustments : | 143,768.25 |
| Net Estate : | $1,084,092.24 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5866 | 331,066.49 | 123,239.03 | 0.00 |
| Checking # ******5867 | 1,804.00 | 107.51 | 0.00 |
| Checking # ******7396 | 607,453.50 | 816,921.02 | 0.00 |
| Checking # ******7418 | 0.00 | 56.43 | 0.00 |
| | $940,323.99 | $940,323.99 | $0.00 |